No. 1123. Weinhart v. United States. C. A. 6th Cir. Certiorari denied. *Earl T. Prosser* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1127. Berry v. United States. Ct. Cl. Certiorari denied. *Richard L. Merrick* for petitioner. *Solicitor General Marshall* for the United States.

No. 896. Abrams v. United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Samuel Gottlieb, Louis A. Tepper* and *O. John Rogge* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John M. Brant* for the United States.

No. 1098. Fioravanti v. New Jersey. Sup. Ct. N. J. Certiorari denied. Mr. Justice Douglas is of the opinion that certiorari should be granted. *Paul L. Blenden* for petitioner.

No. 1091. Benson v. California et al. Dist. Ct. App. Cal., 2d App. Dist. Motion to use the record in No. 874, October Term, 1964, granted. Certiorari denied. *Seymour Zucker* for petitioner.

No. 1102. Montreal Trust Co., Executor v. United States. C. A. 2d Cir. Certiorari denied. Mr. Justice Harlan took no part in the consideration or decision of this petition. *Henry Harfield* and *John E. Hoffman, Jr.,* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts* and *Harold C. Wilkenfeld* for the United States.